# United States Bankruptcy Court
## District of Arizona

In re **Rachael Anne Earl**  
Debtor(s)

Case No. **2:13-bk-18751**  
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number:      xxx-xx-3449

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Rachael Anne Earl**

Street: **1311 S. Claiborne Avenue**

City, State and Zip: **Gilbert, AZ 85296**

Telephone #:

**Please be advised that effective August 13, 2014,**
**my (our) new mailing address and telephone number is:**

Name: **Rachael Anne Earl**

Street: **881 N. Sunnyvale**

City, State and Zip: **Gilbert, AZ  85234**

Telephone #:

                         **/s/ Rachael Anne Earl**
                         **Rachael Anne Earl**
                         Debtor