1   Law Office of Allen D. Butler, P.C.
    406 E. Southern Avenue
2   Tempe, AZ 85282-2674
    Tel: (480) 921-0626
3   Fax: (480) 967-5075
    Allen D. Butler #5392
4   abutleraz@gmail.com
    Attorney for Debtor
5

6                    UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF ARIZONA
7   In Re:                          )
                                    )
8   **RACHAEL A. EARL,**            )  CASE NO.  **2:13-bk-18751-EPB**
                                    )
9                                   )  CHAPTER 7
        **DEBTOR.**                 )
10  _____

11  OBJECTION TO PROOF OF CLAIM FILED BY PYOD, LLC, ITS SUCCESSORS
            AND ASSIGNS AS ASSIGNEE OF CR EVERGREEN
12               AND NOTICE OF TIME TO RESPOND
                      (Claim No. 3-1)
13  _____

14

15       COMES NOW the Debtor above-named, by and through attorney Allen D. Butler,

16  and hereby objects to the proof of claim filed by PYOD, LLC, ITS SUCCESSORS

17  AND ASSIGNS AS ASSIGNEE OF CR EVERGREEN . This Objection is based upon

18  the following:

19       1. PYOD, LLC, filed a proof of claim on March 6, 2014.  Creditor alleges that the

20  balance of the loan at the time of filing was $22,157.57.  See proof of claim No. 3-1.

21       2. Creditor PYOD, LLC did not file supporting documents to verify this claim.

22  Pursuant to Rule 3001(a), the proof of claim "shall conform substantially to the

23  appropriate Official Form" and the instructions contained on the claim form state that

24  the Claimant must attach supporting documents.

25       3. PYOD, LLC filed a six page proof of claim with what appears to be a summary

26  page and a Power of Attorney.  No agreement or promissory note validating this

27  creditor's claim was provided.

28

1    ACCORDINGLY, Debtor objects to the proof of claim and requests that the claim

2  be disallowed in full

3    NOTICE is hereby given that if no Response is filed within fifteen (15) days of the

4  date of mailing this Objection, then the Court may sustain this objection without further

5  notice of hearing.

6    Respectfully submitted this _July 30th_, 2015.

7

8                                        _Allen D. Butler_
                                        Allen D. Butler, Attorney for Debtors
9

10  Faxed/Mailed on _July 30th_, 2015 to:

11  PYOD, LLC, its successors and assigns as
    assignee of CR Evergreen, LLC
12  c/o Resurgent Capital Services
    P.O. Box 19008
13  Greenville, SC 29602

14  Diane M. Mann
    P.O. Box 12970
15  Scottsdale, AZ 85267-2970

16
    By  /s/ Kathleen Ruiz
17

18

19

20

21

22

23

24

25

26

27

28