IT IS HEREBY ADJUDGED and
DECREED this is DENIED.

Dated: December 6, 2017

Eddward P. Ballinger Jr., Bankruptcy Judge

BUTLER LAW OFFICE
Allen D. Butler SBN 5392
Morgan Seegmiller SBN 28093
406 E. Southern Avenue
Tempe, AZ 85282-2674
Tel: (480) 921-0626
Fax: (480) 967-5075
abutler@legalaz.com
abutleraz@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:                                    )
                                          )
RACHAEL A. EARL,                          )   CASE NO.   2:13-bk-18751-EPB
                                          )
                                          )   CHAPTER 13
        DEBTOR.                           )
                                          )

---

ORDER DISALLOWING  PROOF OF CLAIM FILED BY PYOD, LLC,
ITS SUCCESSORS AND ASSIGNS, AS ASSIGNEE OF CR EVERGREEN
(Claim No. 3-1)

---

The Court, having reviewed Debtors Objection to the Proof of Claim filed by

PYOD, LLC;

And, there being no response filed within the required time prescribed by the

Court;

IT IS HEREBY ORDERED that the Proof of Claim (No. 3-1) from PYOD, LLC, be

disallowed in full.

**DATED AND SIGNED AS NOTED ABOVE:**