SO ORDERED.

Dated: January 17, 2018

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RACHAEL ANNE EARL,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:13-bk-18751-EPB<br><br>**ORDER GRANTING TRUSTEE REQUEST TO ACCESS REAL PROPERTY** |

Diane M. Mann, Chapter 7 Trustee ("**Trustee**") having filed an *Application for Order to Appear and Show Cause*, the Court having held a hearing on January 10, 2018 at 11:00 a.m.; and good cause appearing therefor:

**IT IS HEREBY ORDERED** Rachael Anne Earl's ("**Debtor**") speaking motion to stay the Trustee from pursuing liquidation of the real property commonly known as 881 N. Sunnyvale, Gilbert, AZ 85234 ("**Property**") is denied.

**IT IS FURTHER ORDERED** that the Debtor and Daniel Earl shall cooperate with the Trustee and the Estate's broker related to the Property pursuant to the terms of this Order.

**IT IS FURTHER ORDERED** that commencing on January 15, 2018, the Estate's broker may either inspect or show the Property to prospective buyers no more than three (3) times per week, Monday through Sunday, between the hours of 10:00 a.m. and 5:00 p.m.

**IT IS FURTHER ORDERED** that the Trustee or the Estate's Broker must give at least twenty-four (24) hours' notice prior to any inspection or showing of the Property. The Trustee or Estate's Broker shall email the Debtor's counsel and telephonically contact the Debtor.

**DATED AND SIGNED ABOVE**

LANE & NACH, P.C.
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016